IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PR ACQUISITION LLC | : | CIVIL ACTION |
| | : | NO. 03-3731 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| BMW OF NORTH AMERICA, LLC | : | |
| | : | |
| Defendant | : | |

## PRETRIAL MEMORANDUM OF PLAINTIFF PR ACQUISITION LLC

## I.    INTRODUCTION

Plaintiff PR Acquisition LLC ("PRA") entered into an Asset Purchase Agreement
(the "Agreement") pursuant to which PRA agreed to purchase, inter alia, BMW
passenger car, light truck (SAV) and MINI dealerships (the "Dealerships") located in
Bala Cynwyd, Pennsylvania from its owner, Don Rosen Imports, Inc. ("Rosen").
Pursuant to the Agreement, PRA agreed to pay in excess of $25,000,000 for the assets
referenced in the Agreement.

Prior to the closing called for by the Agreement, Defendant BMW of North
America, LLC ("BMW") notified representatives of PRA that it was preventing the sale
of the Dealerships to PRA by exercising a "right of first refusal" to purchase the
Dealerships. BMW's exercise of its right of first refusal prevented the parties to the
Agreement from performing the terms of the Agreement including, inter alia, acquiring
the Dealerships.

BMW exercised its right of first refusal for the purchase of the Dealerships pursuant to 63 P.S. § 818.16. That statute provides a mechanism for automobile manufacturers to exercise "a right of first refusal" and to purchase dealerships that would otherwise be sold to third parties. The statute also requires manufacturers who exercise that right to pay "frustrated" third party buyers such as PRA their expenses "in negotiating and implementing" the Agreement.

The only issue is the amount of money BMW owes PRA as a result of its exercise of its right of first refusal. As will be discussed below, PRA incurred expenses in the amount of $463,655 in negotiating and implementing the Agreement. Those expenses were reasonable and this is the amount that BMW must pay PRA. Attached hereto as Exhibit "A" is a list of the expenses incurred by PRA in negotiating and implementing the Agreement.[1]

## II.    JURISDICTION

Defendant BMW removed this case pursuant to 28 U.S.C. § 1441 from the Court of Common Please of Chester County, Pennsylvania. Jurisdiction was based upon the diversity of citizenship of the parties pursuant to 28 U.S.C. § 1332.

## III.    BACKGROUND/CLAIMS

### A.    PRA Retains Professionals

PRA was established to acquire the assets referenced in the Agreement including the Dealerships. PRA has never had any employees. Accordingly, it retained various professionals to negotiate and implement the Agreement.

---

[1] After the filing of the Complaint in this matter, Pennmark Automotive Enterprises agreed not to pursue that portion of its claim for the work performed by Robert DiStanislao in the amount of $25,877.

2

In addition to attorneys and accounting firms, PRA also retained professionals with expertise and experience in acquiring and running high-end automotive dealerships. Specifically, it retained Pennmark Automotive Enterprises, Inc. ("Enterprises") and Donald L. Besecker, Jr. and George E. Marucci, Jr. to assist PRA in the negotiation and implementation of the Agreement. Enterprises' employees and Messrs. Besecker and Marucci (collectively the "Automotive Professionals") have as much or more experience and expertise in the acquisition and running of high-end automotive dealerships than any other group in the region.

The terms of the retention provided that, consistent with Enterprises' prior practice, in the event that the Agreement was consummated, Enterprises would be compensated from revenues from the Dealerships after their acquisition. Since BMW prevented the consummation of the Agreement, PRA and the Automotive Professionals were forced to provide for different terms for the payment of these Professionals. They agreed that in the event that PRA did not consummate the Agreement, the Automotive Professionals would still be paid for their services. The amount of the payment would be based upon the amount of time an individual spent on the deal and would be calculated by multiplying the percentage of time spent on the deal with the amount of the value of that individual's annual compensation. For example, if an individual spent half of his working time during the relevant time period negotiating and implementing the Agreement, PRA would pay half of that individual's compensation for that period.

**B.**     **PRA Negotiates And Implements The Agreement**

From October 7, 2002 through February 10, 2003, PRA, through its professionals, engaged in intensive negotiations which ultimately led to a deal in excess of $25 million

3

embodied in the Agreement. As is typical in these deals, a tremendous amount of due diligence was necessary. To perform this due diligence, PRA relied upon lawyers, accountants, appraisers and environmental consultants. It also relied upon the Automotive Professionals.

PRA will establish the reasonableness of the expenses it incurred. PRA, as the buyer, needed to understand every aspect of the assets it was acquiring. This involved reviewing all of Rosen's financial information. They met with the Dealerships' employees to determine their job responsibilities and whether they should continue after the sale. They also reviewed and analyzed a significant amount of real estate related information. PRA's professionals also performed substantial work to obtain financing for the deal. They also dealt with BMW regarding a variety of issues. These are only a few of the categories of information assembled and analyzed and are "reasonable" as part of any deal such as the Agreement.

Each of the Automotive Professionals played a vital role for PRA. For example, one of the employees of Enterprises who worked on negotiating and implementing the Agreement was Ray Mincarelli. Mr. Mincarelli is Vice President for Acquisitions for Enterprises. His job is to provide services to entities for the acquisition of new dealerships. Ninety percent of his time during the relevant time period was spent negotiating and implementing the Agreement. His annual compensation totaled $114,750. After prorating that compensation with the number of working days in the relevant time period and multiplying that number by 90%, the amount owed by PRA to Enterprises for his services is $35,082.

Another Enterprises employee who worked on the Agreement for PRA is Ernie Volpe. Mr. Volpe, who is an accountant, also has unique experience and expertise in the acquisition of high end automotive dealerships. He spent approximately fifty percent of his time during the relevant time period working on negotiating and implementing the Agreement. This included necessary financial due diligence including analyzing a tremendous amount of financial information regarding the Dealerships, as well as assisting in the preparation of dealer applications which require detailed financial information.

Messrs. Besecker and Marucci are well known in the automotive community for their expertise with high-end automotive dealerships. The deal would not have happened without their involvement and assistance. They spent fifty percent and thirty percent respectively of their time during the relevant time period working on this deal.

### C. BMW Exercises Its Right Of First Refusal

BMW knew for some time that PRA was acquiring the Dealerships. Ultimately, at the eleventh hour, it exercised its right of first refusal on February 10, 2003. Pursuant to 63 P.S. § 818.16, BMW had the right to request an accounting for PRA's expenses prior to the exercise of the right of first refusal. BMW chose not to make that request until after it exercised its right of first refusal. It should not claim surprise that there were expenses incurred as part of this completed Agreement.

### D. BMW Must Pay PRA's Expenses In Negotiating And Implementing The Agreement

63 P.S. § 816.6 provides that a "a manufacturer or distributor shall be permitted to enact a right of first refusal" to acquire a dealership's assets if, inter alia,:

5

> (4) **The manufacturer or distributor agrees to pay the reasonable expenses, including reasonable attorney fees which do not exceed the usual, customary and reasonable fees charged for similar work done for other clients, incurred by the proposed new owner and transferee prior to the manufacturer's or distributor's exercise of its right of first refusal in negotiating and implementing the contract for the proposed change of all or substantially all ownership or transfer of all or substantially all dealership assets**. Notwithstanding the foregoing, no payment of such expenses and attorney fees shall be required if the dealer has not submitted or caused to be submitted an accounting of those expenses within 20 days of the dealer's receipt of the manufacturer's or distributor's written request for such an accounting. Such an accounting may be requested by a manufacturer or distributor before exercising its right of first refusal.

63 P.S. § 818.16(4) (emphasis added). Accordingly, the statute requires, and BMW acknowledges, that BMW must pay PRA for its reasonable expenses in negotiating and implementing the Agreement.

The intent of this statute is clear. It permits a manufacturer such as BMW to have some control over the sale of its dealerships. However, the statute makes sure that otherwise worthy potential buyers are not harmed. Therefore, if a manufacturer chooses to exercise a right of first refusal, it must make the innocent buyer whole and pay its expenses. That is precisely what PRA is seeking in this case.

**E.    The Expenses Incurred By PRA Are Reasonable**

The evidence will show that the expenses incurred by PRA are reasonable. That evidence will include fact and expert witnesses. One of the witnesses, John Oyler, Esquire, will be both a fact and expert witness. He is uniquely qualified to address these issues.

Mr. Oyler specializes in the purchase and sale of automotive dealerships. During his 29 years of law practice he has worked on more than 500 transactions involving the purchase or sale of new motor vehicle dealerships. As general counsel to the Pennsylvania Automotive Association, he was involved in negotiation and drafting the amendments to the 63 P.S. § 816.6.

Mr. Oyler also represented the seller, Rosen, in the underlying transaction. Accordingly, he has firsthand knowledge regarding the complexity of the deal and what was needed to negotiate and implement the Agreement.

Pursuant to the dealership agreements Rosen had with BMW, Rosen was entitled to its expenses regarding the Agreement as a result of BMW's exercise of the right of first refusal. BMW paid Rosen $148,134.50 for its legal and accounting expenses alone regarding the Agreement without any backup accounting. As will be demonstrated at trial, the seller – Rosen – needed to perform far less work than the buyer – PRA - due to necessary due diligence and other issues which are performed by sophisticated buyers. Furthermore, in this case, the "scrivener" was PRA and not the seller. Accordingly, the amount of expenses that would be "reasonable" in this matter would be far in excess of the amount paid in excess of Rosen.

## IV. **POTENTIAL WITNESSES**

1. Donald L. Besecker, Jr.
   1260 West Chester Pike
   West Chester, PA 19382

2. George E. Marucci, Jr.
   1260 West Chester Pike
   West Chester, PA 19382

3.      Ernie Volpe
        1260 West Chester Pike
        West Chester, PA 19382

4.      Robert DiStanislao
        1260 West Chester Pike
        West Chester, PA 19382

5.      Mark Rhodes, Esquire
        1260 West Chester Pike
        West Chester, PA 19382

6.      Ray Mincarelli
        1260 West Chester Pike
        West Chester, PA 19382

7.      Julie Mayne
        1260 West Chester Pike
        West Chester, PA 19382

8.      Gloria Russo
        1260 West Chester Pike
        West Chester, PA 19382

9.      Michael G. Menkowitz, Esquire
        2000 Market Street, 10th Floor
        Philadelphia, PA 19103

10.     Craig L. Finger, Esquire
        Fox Rothschild LLP
        2000 Market Street, 10th Floor
        Philadelphia, PA 19103

11.     John S. Oyler, Esquire
        McNees Wallace & Nurick LLC
        100 Pine Street
        P.O. Box 1166
        Harrisburg, PA 17108-1166

12.     Gene Donnelly, Vice President, Eastern Region
        BMW of North America, LLC
        BMW Plaza
        Montvale, NJ 07645

13.     Howard S. Harris, Esquire
        BMW of North America, LLC
        BMW Plaza
        Montvale, NJ 07645

14. George Baldwin
BMW of North America, LLC
BMW Plaza
Montvale, NJ 07645

## V.    POTENTIAL EXHIBITS

See Exhibit List attached hereto as Exhibit "B."

## VI.    ESTIMATED DAY OF TRIAL

Plaintiff expects that the amount of time it will take to present its case is 2-3 days.

Respectfully Submitted,

DAVID B. SNYDER
MICHAEL G. MENKOWITZ
CRAIG A. STYER
FOX ROTHSCHILD LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
(215) 299-2000

Attorneys for Plaintiff,
PR Acquisition LLC

Dated: August 10, 2004

## CERTIFICATE OF SERVICE

   I hereby certify that I have this day served a copy of the foregoing Pretrial Memorandum of Plaintiff PR Acquisition LLC on the following individuals via First Class mail:

Kirk A.  Peterson, Esquire
Berkowitz Stanton Brandt Williams & Shaw LLP
4121 West 83rd Street, Suite 259
Prairie Village, Kansas  66208

Steven Haber, Esquire
Obermayer, Rebmann, Maxwell & Hippel, LLP
One Penn Center, 19th Floor
1617 JFK Boulevard
Philadelphia, PA  19103-1895

DAVID B. SNYDER, ESQUIRE

Dated:  August 10, 2004

**PENNMARK AUTOMOTIVE ENTERPRISES**

**COSTS RELATED TO DON ROSEN ACQUISITION**

| Annual Pay | Taxes/ Benefits 35% | Total | Person | 262 Daily Rate | Percentage of Time | 10/7/2002 From 2/10/2003 To 89 # of workdays |
|---|---|---|---|---|---|---|
| 85,000 | 29,750 | 114,750 | Ray Micarelli | 438 | 90% | 35,082 |
| 208,178 | 72,862 | 281,040 | Ernie Volpe | 1,073 | 50% | 47,734 |
| 137,211 | 48,024 | 185,235 | Mark Rhodes | 707 | 35% | 22,023 |
| 750,000 | 262,500 | 1,012,500 | Donald Besecker | 3,865 | 50% | 171,970 |
| 750,000 | 262,500 | 1,012,500 | George Marucci | 3,865 | 30% | 103,182 |
| 225,711 | 78,999 | 304,710 | Robert DiStanislao | 1,163 | 25% | 25,877 |
| 52,000 | 18,200 | 70,200 | Julie Mayne | 268 | 15% | 3,577 |
| 38,500 | 13,475 | 51,975 | Gloria Russo | 198 | 15% | 2,648 |
| | | | | | | 412,094 |

|  |  |  |
|---|---|---|
| ***A* PSR tests | 1,375 | For interviewing potential managers |
| ***B* Airborne Express | 380 | |
| Keystone Appraisal | 3,500 | Ridge Pike Appraisal |
| Walter Satterthwaite Associates | 6,850 | Environmental |
| Goldenberg Rosenthal | 9,333 | Analyze accounting records |
| Carroll Contractors | 1,000 | Due diligence for Porsche/Audi buildings |
| Fox Rothschild | 55,000 | |
| | 489,532 | |

***A* 3 management level assessment at $355/each plus 2 non-management at $155/each

***B* estimated 40 overnights at $9.50 each

A - 1

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PR ACQUISITION, LLC | : | CIVIL ACTION |
| Plaintiff | : | NO. 03-3731 |
| | : | |
| vs. | : | |
| BMW OF NORTH AMERICA, LLC | : | |
| Defendant | : | |

# POTENTIAL EXHIBITS
# OF PLAINTIFF PR ACQUISITION, LLC

| Deposition Exhibit or Bates Stamp No. | Description | Date |
|---|---|---|
| 2. | W-2's and Payroll Records for Mark Rhodes (Pennmark) for years 2002-2003 | 2002-2003 |
| 3. | Organization Chart for PHG | 2/1/03 |
| 4. | Operating Agreement of PR Acquisition, LLC | 11/8/02 |
| 5. | Pennmark Group – Employees Earnings from 1/1/02 through 12/31/02 | 1/30/03 |
| 6. | Fox Rothschild Memorandum from Michael G. Menkowitz, Esquire to Ray Mincarelli | 12/13/02 |
| 7. | Fox Rothschild Letter from Michael G. Menkowitz, Esquire to Mr. Gene Donnelly, V.P., (BMW of North America, LLC) | 2/21/03 |
| 8. | Fox Rothschild Letter from Michael G. Menkowitz, Esquire to Howard Harris, Esquire (BMW of North America, LLC) | 4/17/03 |
| 10. | W-2's and Payroll Records for Ernie Volpe (Pennmark) for years 2002-2003 | 2002-2003 |
| 11. | Memorandum from Ernie Volpe (Pennmark Auto Group) to File | 8/27/03 |

# EXHIBIT "B"

| Deposition Exhibit or Bates Stamp No. | Description | Date |
|---|---|---|
| 12. | PR Acquisition, LLC, Don Rosen Organization, Inc. and Don Rosen Imports, Inc. Due Diligence Memo Prepared by Goldenberg Rosenthal, LLP | 11/30/02 |
| 13. | ACAR Report | 10/4/02 |
| 14. | E-Mail Greg Champion (Audi) to E. Volpe (Pennmark Auto Group) Re: Dealer Application Package | 2/24/03 |
| 15. | Memorandum from Ray M. Mincarelli to Buddy Marucci | 2/3/03 |
| 16. | Typed Note Directed to "Ray" | |
| 17. | Handwritten Note | |
| 18. | Financial Statement | 8/31/02 |
| 19. | Financial Statement | 8/31/02 |
| 20. | Actual Rosen Cash Flow Statement (2000 through YTD 2002) | |
| 21. | PR Acquisition Profit & Loss Statement | 10/21/03 |
| 22. | Income and Expense Statements (2000 – 2002) | 2000-2002 |
| 23. | Profit & Loss Statements | 8/31/02 |
| 24. | Automotive Industry Guidelines Productivity and Operational Guidelines | |
| 25. | Blank Sheet with Notation | |
| 26. | Comparison/Contrast PMAG and Project | |
| 27. | Term Sheet | |
| 29. | W-2's and Payroll Records for Robert DiStanislao (Pennmark) for years 2002-2003 | 2002-2003 |
| 30. | December 2002 Calendar Printout | 12/2002 |

PH1 637903v1 08/10/04

| Deposition Exhibit or Bates Stamp No. | Description | Date |
|---|---|---|
| 32. | W-2's and Payroll Records for Donald L. Besecker, Jr. (Pennmark) for years 2002-2003 | 2002-2003 |
| 33. | Checks | 6/4/03 |
| 34. | Letter from Samuel C. Stoltz (Porsche Cars) to George E. Marucci and Donald L. Besecker, Jr. | 12/19/02 |
| 35. | Letter from Donald L. Besecker, Jr. (Pennmark Auto Group) to Samuel C. Stoltz (Porsche Cars) | 3/7/03 |
| | Letter from Samuel C. Stoltz (Porsche Cars) | 3/5/03 |
| 36. | Letter from Donald L. Besecker, Jr. (Pennmark Auto Group) to Samuel C. Stoltz (Porsche Cars) | 3/7/03 |
| 37. | Letter from Gene Donnelly (BMW) to Donald L. Besecker, Jr. | 2/10/03 |
| | Letter from Gene Donnelly (BMW) to Don Rosen (Don Rosen MINI) | 2/10/03 |
| 38. | Letter from Gene Donnelly (BMW) to Donald L. Besecker, Jr. | 2/10/03 |
| | Letter from Gene Donnelly (BMW) to Don Rosen (Don Rosen MINI) Re: Exercise of BMW of North America, LLC | 2/10/03 |
| 39. | Letter from Gene Donnelly (BMW) to Donald L. Besecker, Jr. Re: Exercise of BMW | 2/10/03 |
| | Letter from Gene Donnelly (BMW) to Don Rosen (Don Rosen MINI) | 2/10/03 |

PH1 637903v1 08/10/04

| Deposition Exhibit or Bates Stamp No. | Description | Date |
|---|---|---|
| 40. | BMW of North America, LLC Application for BMW Center Agreement & Credit Application | 1/21/03 |
| 41. | Letter from Philip L. Hinerman, Esquire to Paul White, Project Director (Satterthwaite Associates, Inc.) | 12/20/02 |
| 42. | Phase I Environmental Site Assessment Re: 130-136 Montgomery Avenue, Lower Merion Twp., Montgomery County, PA | 2/20/03 |
| 43. | Phase I Environmental Site Assessment Re: 214, 217, 255 Bala Avenue & 10 Union Avenue, Lower Merion Twp., Montgomery County, PA | 2/20/03 |
| 44. | Phase I Environmental Site Assessment Re: 1312-1316 and 1223 Ridge Pike, Conshohocken, Montgomery County, PA | 2/20/03 |
| 46. | W-2's and Payroll Records for Raymond Mincarelli (Pennmark) for years 2002-2003 | 2002-2003 |
| 47. | Memorandum from Ray M. Mincarelli (Pennmark Auto Group) to File | 8/25/03 |
| 48. | Handwritten Note | |
| 49. | Letter from Eugene P. Donnelly, Vice President (BMW of North America) to Raymond Mincarelli (PR Acquisition, LLC) | 12/23/02 |
| 50. | Handwritten Notes | |
| 51. | Fax Letter from Christopher J. Reiss and Paul White (Satterthwaite Associates) | 1/15/03 |
| 52. | Satterthwaite Associates Invoice No. 12417 | 2/25/03 |
| 53. | Letter from Greg R. Champion (Audi Mgr., Dealer Franchising) to George E. Marucci, Jr., and Donald L. Besecker, Jr. (PR Acquisition, LL) | 12/16/02 |

-4-

| Deposition Exhibit or Bates Stamp No. | Description | Date |
|---|---|---|
| 54. | Letter from Harvey M. Levin, MAI, SRA, ASA (Keystone Appraisal Co.) to Ray Mincarelli (Pennmark Auto Group) Re: Appraisal | 12/23/02 |
| 55. | Limited Appraisal Restricted Use Report Re: 1312 and 1316 W. Ridge Pike, Plymouth Twp., Montgomery County, PA Prepared by Keystone Appraisal Company | 2/6/03 |
| 56. | Defendant BMW's Subpoena Directed to George E. Marucci | 1/23/04 |
| 57. | Check Register PR Acquisition LLC #400 2845 3698 – 12/24/02 through 5/24/04 | 12/24/02-5/24/02 |
| 58. | E-Mail from Steve Moore to Michael Menkowitz (with handwritten notes) | 11/19/02 |
| 59. | Fedex Letter from Greg R. Champion (Audi Mgr., Dealer Franchising) to George E. Marucci, Jr. and Donald L. Besecker, Jr. (PR Acquisition) | 3/11/03 |
| 60. | Letter from Ray M. Mincarelli (Pennmark Auto Group) to Greg R. Champion (Audi of America, Inc.) | 3/14/03 |
| 61. | 2003 Monthly Charges to Stores for Management Fees | |
| 62. | 2002 Monthly Charges | |
| 63. | 2003 Bonus Worksheets and Pay Plan Proposals for: Robert DiStanislao, Ernie Volpe, Mark Rhodes, and Ray Mincarelli | |
| 64. | Expert Report of Allan B. Schneirov, Esquire | 6/22/04 |
| 65. | Expert Report of John S. Oyler, Esquire | 5/28/04 |
| 66. | Asset Purchase Agreement Bewteen Romill Associates, L.P., Don Rosen Organization, Inc., Don Rosen Imports, Inc., Donald M. Rosen, Charles J. Miller and PR Acquisition LLC | 12/11/02 |

PH1 637903v1 08/10/04

| Deposition Exhibit or Bates Stamp No. | Description | Date |
|---|---|---|
| 67. | Letter from John S. Oyler (McNees Wallace) to Howard S. Harris, Esquire (BMW of North America) | 2/28/03 |
| 68. | Letter from Donald M. Rosen (Don Rosen Imports) to Eugene P. Donnelly (BMW of North America) | 10/17/03 |
| 69. | Letter from Jerry G. Vigdor, CPA (Margolis & Company) to Don Rosen (Don Rosen Org.) | 5/22/03 |
| | Invoice from Margolis & Company to Don Rosen | 3/17/03 |
| | Invoice from Margolis & Company to Don Rosen | 5/21/03 |
| | Invoice from Margois & Company to Don Rosen | 4/14/03 |
| | Statement for Services Rendered from McNees Wallace to Don Rosen for | 5/19/03 |
| | Master Work in Progress Report – Unbilled Time and Disbursement Detail | 5/27/03 |
| 70. | Executed Letter Agreement Between Don Rosen Organization, Inc., Don Rosen Imports, Inc., Romill Associates, L.P. and PR Acquisition LLC | 4/4/03 |
| 71. | Expert Report and Disclosure (with attachments 1 through 5) of Geoffrey H. Osborne, CPA | 6/22/04 |
| (Sent to Counsel for Defendant 3/17/04) | Fox Rothschild LLP Detailed Billing Report | |
| PR001545-PR001573 | Audi Dealer Agreement Standard Provisions | |
| PR001574-PR001606 | Audi Dealer Operating Standards | |
| PR001700-PR001744 | Porsche Sales and Service Agreement | |

| Deposition Exhibit or Bates Stamp No. | Description | Date |
|---|---|---|
| PR001760-PR001860 | ACAR Reports | |
| PR002755-PR002781 | Agreement between Don Rosen, BMW, and Teamsters' Local Union No. 830 | 2/28/03 |
| PR001054-PR001061 | Universal Underwriters' Insurance Company Insurance Document | |
| PR001062-PR001079 | Schedule of Insurance for Don Rosen Imports, Inc. & Romill Associates, L.P. | 4/1/02 |
| PR001080-PR001102 | Schedule of Insurance for Don Rosen Organization, Inc. | 4/1/02 |
| PR001103-PR001124 | Universal Underwriters' Insurance Company Document | |
| PR001125-PR001126 | Universal Underwriters' Group Risk Management Services | |
| PR001127-PR001142 | Universal Underwriters' Insurance Company Document | |
| PR000995-PR001032 | Provident Mutual Documents | 5/31/02 |
| PR001033-PR001053 | Adoption Agreement for Provident Mutual Life Insurance Company of Philadelphia | |
| PR003125-PR003175 | Draft No. 5 of Asset Purchase Agreement | |
| BMWNA01207 | Letter from John S. Oyler to Howard S. Harris | 2/28/03 |
| PR008000-PR008017 | PR Acquisition LLC Checks | |
| PR001298-PR001301 | Memo to Mark S. Rhodes, Esquire from David Bravo | 1/22/03 |
| BMWNA00125 | Memo to File from George Baldwin | 1/21/03 |

PH1 637903v1 08/10/04

| Deposition Exhibit or Bates Stamp No. | Description | Date |
|---|---|---|
| BMWNA00130-BMWNA00131 | Memo to File from George Baldwin | 1/15/03 |
| BMWNA00171 | Letter from Robert E. Cook to George Marucci, Jr. and Donald L. Besecker, Jr. | 2/10/03 |
| BMWNA00172 | Memo to file George Baldwin | 1/24/03 |
| BMWNA00364-BMWNA00365 | Letter from Gene Donnelly to Don Rosen | 2/10/03 |
| BMWNA00368-BMWNA00369 | Letter from Gene Donnelly to Don Rosen | 2/10/03 |
| BMWNA00371-BMWNA00372 | Letter from Gene Donnelly to Don Rosen | 2/10/03 |
| BMWNA00380-BMWNA00383 | Letter Agreement between Don Rosen BMW and PR Acquisition LLC | 4/4/03 |
| BMWNA00069-BMWNA00083 | Letter from Robert E. Cook to Don Rosen MINI | 5/14/03 |
| BMWNA00085-BMWNA00099 | Letter from Robert E. Cook to Don Rosen BMW | 4/21/03 |
| BMWNA00100-BMWNA00122 | Letter from Robert E. Cook to Devon Hill Motors, Inc. | 4/21/03 |
| PR002557-PR002725 | Don Rosen Dealership Financial Information | |
| PR002239-PR002462 | Don Rosen Dealership Financial Information | |
| PR004178-PR004237 | Letter from Samuel C. Stoltz to George E. Marucci, Jr. and Donald L. Besecker, Jr. and related documentation | 12/19/02 |
| PR006530-PR006566 | Letter from Donald L. Besecker, Jr. to Timothy Hefernan and related documents | 1/7/03 |

PH1 637903v1 08/10/04

| Deposition Exhibit or Bates Stamp No. | Description | Date |
|---|---|---|
| PR004441- PR004449 | Fax from Donald L. Besecker, Jr. to Timothy Hefernan and enclosure | 1/7/03 |
| PR001628- PR001699 | MINI Dealer Information | |
| PR002463- PR002527 | BMW Financial Services Information | |
| PR002834- PR002840 | Letter from Stephen A. Moore to Michael Menkowitz and accompanying documents | 2/6/03 |
| PR003098- PR003124 | Letter from Michael J. Drayo to Michael Menkowitz and accompanying documents | 11/5/02 |
| PR001607- PR001627 | BMW of North America, Inc. Car Center Agreement | |
| PR002529- PR002555 | BMW Financial Services Floorplan Proposal | 2/6/03 |
| BMWNA00444- BMWNA00448 | Internal BMW Documents | |
| BMWNA00441 | E-Mail from Paul Pedenski to Robert Cook | 2/10/03 |
| PR006567- PR006606 | Application Procedures, Agreement and Acceptance Documents | 1/21/03 |
| PR002181- PR002196 | Operation Facility Planning Document | 8/02 |
| BMWNA00752 | Projections | |
| BMWNA00459- BMWNA00466 | Application for BMW Center Agreement and Credit Application (Donald L. Besecker, Jr.) | |
| BMWNA00467- BMWNA00474 | Application for BMW Center Agreement and Credit Application (George Marucci, Jr.) | |
| PR006827- PR006864 | Letter from Donald L. Besecker, Jr. to William Kehoe and accompanying documents | 1/21/03 |

PH1 637903v1 08/10/04

| Deposition Exhibit or Bates Stamp No. | Description | Date |
|---|---|---|
| BMWNA00392-BMWNA00406 | Letter from Donald L. Besecker, Jr. to William Kehoe and accompanying documents | 1/21/03 |
| PR007137-PR007163 | BWM Financial Services Floor Plan Proposal | 1/16/03 |
| PR006886-PR006942 | Letter from William Kehoe to PR Acquisition LLC and accompanying documents | 1/9/03 |
| PR000899-PR000994 | Letter from Arnold M. Katz to Don Brown and accompanying documents | 6/11/02 |
| PR000888-PR000898 | Documents relating to Comcast, Philadelphia Eagles and Storage U.S.A. | |
| PR002952-PR002958 | Don Rosen Lease Abstracts | |
| PR002841-PR002847 | Don Rosen Organization List of Managers and Key Personnel | |
| PR001143-PR001145 | Don Rosen Company Employee Information | |
| PR001146-PR001168 | Don Rosen Organization Employee Orientation Manual | |
| PR001495-PR001515 | Amended and Restated Lease Agreement | |
| PR001516-PR001517 | Amendment to Lease | 5/19/99 |
| PR001467-PR001478 | Lease Agreement | |
| PR001479-PR001482 | Rider | |
| PR001450-PR001466 | Lease Agreement | 7/22/02 |

PH1 637903v1 08/10/04

| Deposition Exhibit or Bates Stamp No. | Description | Date |
|---|---|---|
| PR001446-PR001449 | Lease Addendum | |
| Attached to Response of Plaintiff, PR Acquisition, LLC to Defendant's First Requests for Admissions | Pennmark Entities Ownership Structure Chart | |
| BMWNA01205-BMWNA01206 | Letter to John Oyler from Howard Harris | 4/7/03 |
| BMWNA01207-BMWNA01208 | Letter from Donald Brown to Eugene Donnelly | 4/17/03 |
| BMWNA01205-BMWNA01206 [Note: There are 2 documents with these Bates Nos.] | Letter from Donald Rosen to Eugene Donnelly | 5/7/03 |
| BMWNA01195 | Letter from Donald Rosen to Eugene Donnelly | 8/5/03 |
| BMWNA01194 | Letter from Donald Rosen to Eugene Donnelly | 10/17/03 |
| BMWNA01192 | Letter from Donald Rosen to Eugene Donnelly | 12/10/03 |
| BMWNA01188-BMWNA01191 | Letter from Howard Harris to Don Rosen and accompanying documents | 12/22/03 |
| (Sent to counsel for Defendant on 7/19/04) | Letter from Stephen Moore to David Wertheim and accompanying documents | 9/9/99 |
| (Sent to counsel for Defendant on 7/19/04) | Letter from Stephen Moore to Richard Denese, Jr. | 9/1/99 |

-11-

| Deposition Exhibit or Bates Stamp No. | Description | Date |
|---|---|---|
| PR002169 | Real Estate Schedule | 1/13/03 |
| | Letter from Howard Harris to Michael Menkowitz | 4/7/03 |
| PR002170-PR002180 | Lease/Equipment Rental Agreement | |
| PR002199-PR002215 | Rosen Financial Information | |
| PR002216-PR002232 | Rosen Financial Information | |