IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| PR ACQUISITION LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BMW OF NORTH AMERICA, LLC | : | NO. 03-cv-3731 |

**O R D E R**

**AND NOW, TO WIT:** This 8th day of November, 2004, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


**MICHAEL E. KUNZ**, Clerk of Court


**BY:** s/ Lynn Meyer
       Lynn Meyer
       Deputy Clerk

cc:   Steven Haber, Esq. (fax)
      Craig Styer, Esq. (fax)
      Kirk Peterson, Esq. (mail)
      David Snyder, Esq. (mail)
      Amy Marcus, Esq. (mail)

O:\41(b) Orders to Dismiss\PR Acquisitions v. BMW 03-3731 - 41 b order.wpd